No. 776. SOPHIA CHARLES ET AL., ETC., *v.* ROXANA PETROLEUM CORPORATION. February 26, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the

Eighth Circuit denied. *Mr. Robert F. Blair* and *Mr. George S. Ramsey* for petitioners. No appearance for respondent.